**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1107**

ROGER M. BANHI,

             Plaintiff - Appellant,

        v.

PAPA JOHN'S USA, INC.; VICTOR PAZ, in his official and
individual capacity; ULISES VISCENCIO, in his official and
individual capacity; COLONEL'S LIMITED, LLC,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge.
(8:12-cv-00665-RWT)

Submitted:  September 25, 2014      Decided:  September 29, 2014

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roger M. Banhi, Appellant Pro Se.   Ariana Wright Arnold,
Jennifer Lynn Curry, JACKSON LEWIS PC, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger M. Banhi appeals the district court's orders granting summary judgment to the Defendants on his civil complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny Banhi's motion to appoint counsel and affirm for the reasons stated by the district court. See Banhi v. Papa John's USA, Inc., No. 8:12-cv-00665-RWT (D. Md. Jan. 6, 2014; July 18, 2013). We grant Banhi leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED